IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOSHUA LEO KING                                                                          PETITIONER

v.                                                                                              No. 2:10CV9-P-D

STATE OF MISSISSIPPI                                                                     DEFENDANTS

ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On January 27, 2010, the court entered an order requiring the petitioner to complete and return the standard forms used to process and administer *pro se habeas corpus* cases. The order cautioned the petitioner that "failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court." Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on February 10, 2010. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this the 17th day of May, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE